# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2010

139993 & (16)

MARY RUTH CLARK,
       Petitioner-Appellee,

v

SWARTZ CREEK COMMUNITY
SCHOOLS BOARD OF EDUCATION,
       Respondent-Appellant.

_____/

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 139993
COA: 292901
State Tenure Comm: 08-000062

      On order of the Court, the application for leave to appeal the October 6, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to consolidate is DENIED as moot.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2010

Clerk

p0120